UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENGRIS MORALES,
an individual,

      Plaintiff,

v.

Case No.: 6:24-cv-01299-PGB-EJK

NAVIENT SOLUTIONS, LLC,
A foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
TRANS UNION, LLC,
a foreign limited liability company, and
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiff, ENGRIS MORALES ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Trans Union will request that this matter be dismissed with prejudice.

Dated: August 20, 2024

1

Respectfully submitted,

**SWIFT LAW PLLC**
*/s/ Jon P. Dubbeld*
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

*/s/ Jon P. Dubbeld*
Attorney for Plaintiff

2