UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENGRIS MORALES,
an individual,

       Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
A foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
TRANS UNION, LLC,
a foreign limited liability company, and
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company,

       Defendants.
_____/

Case No.: 6:24-cv-01299-PGB-EJK

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Engris Morales ("Plaintiff"), by and through the undersigned counsel, hereby dismisses Defendant, Trans Union LLC, in the above captioned action with prejudice, each party to bear their own attorneys' fees and costs.

**SWIFT LAW PLLC**

*/s/ Jon P. Dubbeld*
**Jordan T. Isringhaus, Esq., FBN 0091487
Aaron M. Swift, Esq., FBN 0093088
Jon P. Dubbeld, Esq., FBN 105869
Sean E. McEleney, Esq., FBN 125561**

1

>11300 4th Street N, Ste. 260
>St. Petersburg, FL 33716
>Phone: (727) 490-9919
>Fax: (727) 255-5332
>aswift@swift-law.com
>jisringhaus@swift-law.com
>jdubbeld@swift-law.com
>smceleney@swift-law.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2024, I served a true and correct copy of the above and foregoing on all counsel of record.

>*/s/ Jon P. Dubbeld*
>Attorney